## No. 1098.

### FRANK E. TRIMBLE VS. B. F. PLEASANT, SHERIFF, ET AL.

An allegation that a certain property is worth not less than a stipulated sum, is sufficient to admit evidence to show that the property is worth more than the stipulated amount.

Motion to dismiss overruled.

Courts can allow no relief which is not prayed for in the pleadings.

APPEAL from the Third District Court, Parish of Union. *Graham*, J.

---

*J. E. Trimble* for Plaintiff and Appellant.

*A. Barksdale* for Defendants and Appellees.

---

The opinion of the Court was delivered by POCHÉ, J.